IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>YONGCHANG CHOI, DDS, an individual, and YONGCHANG CHOI, DDS, PLLC, a Washington professional limited liability company,<br><br>Defendants. | Case No. 2:21-cv-00451-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

### I.      STIPULATION

Plaintiff The Dentists Insurance Company and Defendants Yongchang Choi, DDS and Yongchang Choi, DDS, PLLC hereby stipulate and agree that this matter has been settled and that all claims and counterclaims may be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties further stipulate and agree that the dismissal of all claims and counterclaims shall be with prejudice and without further recovery by any party.

1    DATED this 10th day of January 2022.

2                                           **LETHER LAW GROUP**

3                                           */s/ Thomas Lether*
                                            Thomas Lether, WSBA # 18089
4                                           *s/ Eric J. Neal*
                                            Eric J. Neal, WSBA #31863
5                                           *s/ Kasie Kashimoto*
                                            Kasie Kashimoto, WSBA #54268
6                                           1848 Westlake Ave N, STE 100
                                            Seattle, WA 98109
7                                           P:  206-467-5444 / F:  206-467-5544
                                            tlether@letherlaw.com
8                                           eneal@letherlaw.com
                                            kkashimoto@letherlaw.com
9                                           *Counsel for The Dentists*
                                            *Insurance Company*
10
                                            */s/ D. Benjamin Lee*
11                                          D. Benjamin Lee, WSBA # 14422
                                            1300 114th Avenue SE, Ste. 220
12                                          Bellevue, WA 98004
                                            (425) 629-4640
13                                          (425) 979-5413 FAX
                                            blee@dbleelaw.com
14                                          *Attorney for the Defendants*

15

16

17

18

19

20

21

22

23

24

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL- 2

LETHER LAW GROUP
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II.  ORDER OF DISMISSAL

Based upon the foregoing stipulation, it is now hereby ORDERED that all claims and counterclaims asserted in this matter are DISMISSED with prejudice and without recovery.

DONE AND DATED this 24th day of January 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

D. Benjamin Lee
1300 114th Avenue SE
Suite 220
Bellevue, WA 98004
blee@dbleelaw.com
*Attorney for Yongchang Choi, DDS and Yongchang Choi, DDS, PLLC*

**By:**      [ ] **First Class Mail**        [X] **ECF/E-Service**      [ ] **Legal Messenger**

Dated this 10th day of January 2022 at Seattle, Washington.

*s/ Lina Wiese*
Lina Wiese | Paralegal